S

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. : 1:24-CR-___31___ |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | 7 U.S.C. § 2156(b) |
| **DUN TERRIUS BRADFORD,** | : | 7 U.S.C. § 2156(e) |
| | : | 18 U.S.C. § 2 |
| **Defendant.** | : | 18 U.S.C. § 49 |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| | : | 18 U.S.C. § 924(c)(1)(B)(i) |
| _____ | : | 18 U.S.C. § 924(d)(1) |
| | | 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(C) |
| | | 28 U.S.C. § 2461 |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**INTRODUCTION**

At all times relevant to this Indictment:

1.      An "animal fighting venture" was "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least 2 animals for purposes of sport, wagering, or entertainment." 7 U.S.C. § 2156(f)(1).

**COUNTS ONE THROUGH SIXTY-SEVEN**
**POSSESS A DOG FOR USE IN AN ANIMAL FIGHTING VENTURE**

2.      On or about February 22, 2024, in the Albany Division of the Middle District of Georgia and elsewhere,

**DUN TERRIUS BRADFORD,**

defendant herein, did knowingly possess a dog for the purpose of having the dog participate in an animal fighting venture, namely:

| Count | Dog ID # |
|-------|----------|
| 1 | USM-1675 |
| 2 | USM-1676 |
| 3 | USM-1677 |
| 4 | USM-1678 |
| 5 | USM-1679 |
| 6 | USM-1680 |
| 7 | USM-1681 |
| 8 | USM-1682 |
| 9 | USM-1683 |
| 10 | USM-1684 |
| 11 | USM-1685 |
| 12 | USM-1686 |
| 13 | USM-1687 |
| 14 | USM-1688 |
| 15 | USM-1689 |
| 16 | USM-1690 |
| 17 | USM-1691 |
| 18 | USM-1692 |
| 19 | USM-1693 |
| 20 | USM-1694 |
| 21 | USM-1695 |
| 22 | USM-1696 |
| 23 | USM-1697 |
| 24 | USM-1698 |
| 25 | USM-1699 |
| 26 | USM-1700 |
| 27 | USM-1701 |
| 28 | USM-1702 |
| 29 | USM-1703 |
| 30 | USM-1704 |
| 31 | USM-1705 |
| 32 | USM-1706 |
| 33 | USM-1707 |

| Count | Dog ID # |
|-------|----------|
| 34 | USM-1708 |
| 35 | USM-1709 |
| 36 | USM-1710 |
| 37 | USM-1711 |
| 38 | USM-1712 |
| 39 | USM-1713 |
| 40 | USM-1714 |
| 41 | USM-1715 |
| 42 | USM-1716 |
| 43 | USM-1717 |
| 44 | USM-1718 |
| 45 | USM-1719 |
| 46 | USM-1720 |
| 47 | USM-1721 |
| 48 | USM-1722 |
| 49 | USM-1723 |
| 50 | USM-1724 |
| 51 | USM-1725 |
| 52 | USM-1726 |
| 53 | USM-1727 |
| 54 | USM-1728 |
| 55 | USM-1729 |
| 56 | USM-1730 |
| 57 | USM-1731 |
| 58 | USM-1732 |
| 59 | USM-1733 |
| 60 | USM-1734 |
| 61 | USM-1735 |
| 62 | USM-1736 |
| 63 | USM-1737 |
| 64 | USM-1738 |
| 65 | USM-1739 |
| 66 | USM-1740 |
| 67 | USM-1741 |

all in violation of Title 7, United States Code, Section 2156(b) and Title 18, United States Code,

Sections 2 and 49.

## COUNT SIXTY-EIGHT
### MANUFACTURE OF AND POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

3.      On or about February 22, 2024, in the Albany Division of the Middle District of

Georgia,

**DUN TERRIUS BRADFORD,**

defendant herein, knowingly manufactured and possessed with intent to distribute a controlled

substance, that is, cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(C).

## COUNT SIXTY-NINE
### POSSESSION OF A FIREARM IN FURTHERANCE OF THE MANUFACTURE OF AND POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE, AND DOG FIGHTING OFFENSES

4.      On or about February 22, 2024, in the Albany Division of the Middle District of

Georgia,

**DUN TERRIUS BRADFORD,**

defendant herein, knowingly possessed a firearm, that is: (1) one 9mm Ruger P95 pistol, (2) one

SKS 7.62mm rifle, (3) one 9mm Ruger EC9S pistol, (4) one Bushmaster XM-15-E2S multi-caliber

rifle, said firearm constituting a semi-automatic firearm, and (5) one Akkar Silah Sanayi 12-gauge

shotgun, and did so in furtherance of the controlled substance offense set forth in Count 68 herein,

and the dog fighting offenses in Counts 1-67 herein; in violation of Title 18, United States Code,

Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(i).

## FORFEITURE NOTICE

### Dogs – 7 U.S.C. § 2156(e) and 28 U.S.C. § 2461 – Criminal Forfeiture

1. The allegations contained in Counts One through Sixty-Seven of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 7, United States Code, Section 2156(e), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 7, United States Code, Section 2156(b), set forth in Counts One through Sixty-Seven of this Indictment, the defendant,

### DUN TERRIUS BRADFORD,

shall forfeit to the United States of America pursuant to Title 7, United States Code, Section 2156(e), in conjunction with Title 28, United States Code, Section 2461(c), all dogs involved in the commission of the offense(s) as listed in Counts One through Sixty-Seven, namely, the dogs seized on or about February 22, 2024 and given government identity numbers USM-1675 through and including USM-1741.

All pursuant to 7 U.S.C. § 2156(e) and 28 U.S.C. § 246l(c).

### Firearms – 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461 – Criminal Forfeiture

3. The allegations contained in Count Sixty-Nine of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(l), in conjunction with Title 28, United States Code, Section 2461(c).

4. Upon conviction of the offense in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(i), set forth in Count Sixty-Nine of this Indictment, the defendant,

4

**DUN TERRIUS BRADFORD,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(l), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s), including the firearms listed in Count Sixty-Nine and the following ammunition:

- Seventy-seven 5.56 caliber rounds

- Eleven 12-gauge Winchester shotgun shells

- Two Jet 12-gauge shotgun shells

- Eighteen Blazer 9mm rounds

- Two 9mm magazines

- Eighteen Remington 30.06 rounds

- Two boxes of Winchester Dove & Clay 12-gauge shotgun shells

- Two boxes of Wolf 7.62 x 39mm rounds; and

- Seven Hornady 9mm hollow-point rounds.

     5.     If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

     (a)     cannot be located upon exercise of due diligence;

     (b)     has been transferred, sold to or deposited with, a third person;

     (c)     has been placed beyond the jurisdiction of the court;

     (d)     has been substantially diminished in value; or

     (e)     has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

246l(c), through Title 18, United States Code, Section 924(d)(l).

All pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 246l(c).


A TRUE BILL.


*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY


PRESENTED BY:

PETER LEARY
UNITED STATES ATTORNEY

*C. Shanelle Booher* (with express permission for)
ELICIA HARGROVE
ASSISTANT UNITED STATES ATTORNEY


U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL CRIMES SECTION

ETHAN EDDY
SENIOR TRIAL ATTORNEY


Filed in open court this 14 day of August, AD 2024.

Deputy Clerk